Lloyd CALLIE *v.* STATE of Arkansas

CR 01-1351                                                    64 S.W.3d 274

Supreme Court of Arkansas
Opinion delivered January 10, 2002

*Walker, Shock & Cox, P.L.L.C.,* by: *James O. Cox,* for appellant.

No response.

PER CURIAM. Appellant Lloyd Callie, by and through his attorney, has filed a motion for rule on clerk. His attorney, James O. Cox, states in the motion that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

IMBER, J., not participating.